IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARSAH FAYAH WOOLIE,<br>　　　　Petitioner | :<br>:<br>: |
| vs. | : CIVIL NO. 3:CV-11-1311<br>: |
| MARY SABOL, WARDEN,<br>　　　　Respondent | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 22nd day of November, 2011, upon consideration of the report (Doc. 16) of the magistrate judge, filed October 27, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

　　1.  The magistrate judge's report is adopted.

　　2.  The petition (Doc. 1) for a writ of habeas corpus is dismissed as moot as Petitioner has been released from ICE custody.

　　3.  The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　　 /s/William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge